

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**MICHAEL ANTONIO GOODE, JR.,**

      Plaintiff,

v.                                      Civil Action No. **3:14CV717**

**DETECTIVE McANDREWS,** *et al.,*

      Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 17, 2014, the Court conditionally docketed Plaintiff's action. On November 25, 2014, the United States Postal Service returned the November 17, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ORDER ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

 

                                            /s/
                                  James R. Spencer
                                  Senior U. S. District Judge

Date: 12-10-14
Richmond, Virginia